# UNITED STATES DISTRICT COURT
for the
District of Maryland

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Yahoo! Email Account
"a_list2g11@yahoo.com"

FILED ___ ENTERED
LODGED ___ RECEIVED

OCT 15 2012  Case No. 12-3241 BPG

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Yahoo! Email Account "a_list2g11@yahoo.com"

located in the ___Northern___ District of ___California*___, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment A

\* This Court has jurisdiction to issue this warrant as a "court of competent jurisdiction" under 18 U.S.C. §§ 2703(a) and 2711(3)(A)(i).

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

✓ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 952 | Importation of a Controlled Substance |
| 21 U.S.C. § 846 | Conspiracy to Distribute a Controlled Substance |

The application is based on these facts:
See attached affidavit

✓ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

Jeremy Gates, Special Agent, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7-13-12

_____
Judge's signature

City and state: Baltimore, Maryland

The Honorable Beth P. Gesner, U.S Magistrate Judge
*Printed name and title*